[No. 39389-1-II. Division Two. September 14, 2010.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES C. HARTZELL IV, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 07-1-01831-3, Christine A. Pomeroy, J., entered March 26, 2009. *Reversed* and *remanded with instructions* by unpublished opinion per Armstrong, J., concurred in by Worswick, A.C.J., and Hunt, J.

[No. 39513-4-II. Division Two. September 14, 2010.]

THE STATE OF WASHINGTON, *Respondent,* v. JERRY PATRICK SILVA, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-00376-1, Kitty-Ann van Doorninck, J., entered July 2, 2009. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Worswick, A.C.J., and Armstrong, J.

[No. 39562-2-II. Division Two. September 14, 2010.]

MARILYN DENISE SMITH, *Appellant,* v. WINTHER PROPERTIES, LLC, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 08-2-10310-8, Katherine M. Stolz, J., entered June 23, 2009. *Reversed* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Penoyar, C.J., and Worswick, J.

[No. 39681-5-II. Division Two. September 14, 2010.]

DAVID STANZAK, *Appellant,* v. THE DEPARTMENT OF HEALTH ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Thurston County, No. 09-2-01094-1, Anne Hirsch, J., entered July 24, 2009. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt and Quinn-Brintnall, JJ.